[No. 21133-9-III.   Division Three.   April 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. GUADALUPE N.M.N.
AROUSA, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 01-1-00517-3, Evan E. Sperline, J., entered
April 29, 2002. *Affirmed* by unpublished opinion per Kato,
A.C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 43409-8-I.   Division One.   April 7, 2003.]

NICK FURFARO, ET AL., *Appellants*, v. THE CITY OF SEATTLE, ET
AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-02226-8, Carol A. Schapira, J., entered
February 10, 1998. *Reversed* by unpublished opinion per
Becker, C.J., concurred in by Agid and Appelwick, JJ.

[No. 48982-8-I.   Division One.   April 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TY ANTHONY
WILSHUSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 00-1-01732-9, Kenneth L. Cowsert, J.,
entered August 2, 2001. *Affirmed* by unpublished opinion
per Appelwick, J., concurred in by Ellington and Schindler,
JJ.

[No. 49169-5-I.   Division One.   April 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHANI RAELLEN
BULS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 00-1-09344-2, Dale B. Ramerman and Ronald
Kessler, JJ., entered June 29, 2001. *Affirmed in part* and
*remanded* by unpublished per curiam opinion.